IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KRISTINE LEA CRABTREE,

    Plaintiff,

vs.                                         Civil Action 2:14-cv-347
                                             Judge Sargus
                                             Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

ORDER

    This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for a period of disability and disability insurance benefits. On December 12, 2014, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed pursuant to Sentence 4 of 42 U.S.C. § 405(g) and that the action be remanded to the Commissioner for further consideration. *Report and Recommendation*, ECF No. 22. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

    The *Report and Recommendation*, ECF No. 22, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g). This action is **REMANDED** to the Commissioner of Social Security for further consideration.

    The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to

Sentence 4 of 42 U.S.C. § 405(g).

_1-6-2015_
Date

Edmund A. Sargus, Jr.
United States District Judge