AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### Eastern Division

**KRISTINE LEA CRABTREE,**

        **Plaintiff,**

                                 **JUDGMENT IN A CIVIL CASE**

**v.**

                                 **CASE NO. 2:14-cv-347**

**COMMISSIONER OF**                 **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**              **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**

_____   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the ORDER filed January 6, 2015, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further proceedings.**

Date:  January 6, 2015                  JOHN P. HEHMAN, CLERK

                                             */S/ Andy F. Quisumbing*_____
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk